WAGNER DAVIS P.C., Respondent, v JAMES BRADY, JR., Appellant, et al., Defendants.

Submitted May 15, 2017; decided June 29, 2017

Motion for reargument of motion for leave to appeal denied [*see* 29 NY3d 965 (2017)].

Judge FEINMAN taking no part.

In the Matter of YAN PING XU, Appellant, v NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, Respondent.

Submitted May 15, 2017; decided June 29, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge FEINMAN taking no part.